UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA DAVIS BLAND,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,<br><br>　　　　　　　　　Respondent. | Case No.: 17cv2570-GPC (JLB)<br><br>**ORDER DENYING PETITIONER'S MOTION TO SET ASIDE JUDGMENT PURSUANT TO RULE 60(B)(4)**<br><br>**[Dkt. No. 5]** |

On December 26, 2017, Petitioner, a state petitioner proceeding pro se, submitted a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. Dkt. Nos. 1-2. On January 2, 2018, this Court issued an order granting Petitioner's motion for leave to proceed in forma pauperis, but dismissing the petition without prejudice for failure to name a proper respondent, failure to state a cognizable federal claim, and exhaustion of state judicial remedies. Dkt No. 3 at 5. On January 12, 2018, Petitioner filed a Motion to Vacate and Set Aside a Void Judgment Pursuant to Federal Rule of Civil Procedure 60(b)(4). Dkt. No. 5.

Plaintiff motion appears to challenge the Court's jurisdiction to render a decision as to Plaintiff's habeas petition. Citing miscellaneous case law, Plaintiff appears to contend

that the Court's order is void for a lack of jurisdiction. *See* Mot. at 3. The Court concludes that it properly had subject matter jurisdiction over Plaintiff's petition for writ of habeas corpus under the appropriate habeas statute. *See* 28 U.S.C. § 2254(a) ("[A] district court shall entertain an application for a writ of habeas corpus in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States."). Accordingly, the Court will **DENY** Plaintiff's Rule 60(b)(4) Motion.

Petitioner is advised that the Court has dismissed the case *without* prejudice, meaning that Petitioner may cure the defects of pleading identified in the Court's previous Order. *See* Dkt. No. 3 at 5. In order to have the case reopened, Petitioner must, **no later than February 28, 2018**, file a First Amended Petition which cures the identified defects in the Dkt. No. 3 Order.

**IT IS SO ORDERED.**

Dated: January 24, 2018

Hon. Gonzalo P. Curiel
United States District Judge